# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br>vs.<br><br>RALPH CREIG GREAVES, et al.,<br>　　　　　　　　　　　　Defendants. | CASE NO. 08-CV-1846 H (WMC)<br><br>**ORDER:**<br><br>**(1) GRANTING JOINT MOTION FOR JUDGMENT IN FAVOR OF PLAINTIFF**<br><br>**(2) GRANTING JOINT MOTION TO DISMISS** |

On October 9, 2008, Plaintiff United States of America filed a complaint to reduce tax assessments to judgment and to foreclose federal tax liens on real property of taxpayer Defendants Ralph Creig Greaves and Deborah J. Greaves. (Doc. No. 1.) On December 22, 2009, Plaintiff and Defendants Ralph Creig Greaves and Deborah J. Greaves filed a joint motion for judgment in favor of Plaintiff. (Doc. No. 100.) Plaintiff, Ralph Creig Greaves, Deborah J. Greaves, and Gerald Erwin, trustee of the Erwin Enterprises Trust, also filed a joint motion to dismiss the case without prejudice on December 22, 2009. (Doc. No. 101.)

The Court, for good cause shown, orders that final judgment is entered in favor of the United States of America and against Ralph Creig Greaves and Deborah J. Greaves in the amount $183,234.97, as of November 30, 2009, for tax years 1987, 1988, and 1989, plus statutory interest and other statutory additions as provided by law, which continue to accrue until paid in full, pursuant to 26 U.S.C. §§ 6601, 6621 and 6622 and 28 U.S.C. § 1961(c).

The Court further orders that final judgment is entered in favor of the United States of America and against Ralph Creig Greaves and Deborah J. Greaves in the amount of $45,415.18, as of November 30, 2009, for tax years 2002, 2003, 2004, 2005, and 2006, plus statutory interest and other statutory additions as provided by law, which continue to accrue until paid in full, pursuant to 26 U.S.C. §§ 6601, 6621 and 6622 and 28 U.S.C. § 1961(c).

The Court also orders that final judgment is entered in favor of the United States of America and against Ralph Creig Greaves, in the amount of $63,907.87, as of November 30, 2009, for unpaid IRS Form 941 employment tax liabilities, specifically the portion which constitutes employee withholdings (FICA taxes and withheld income taxes) for The Debt Consolidation & Bankruptcy Center, for the tax periods ending December 31, 1993, June 30, 1995, September 30, 1995, December 31, 1995, March 31, 1996, June 30, 1996, September 30, 1996, December 31, 1996 and March 31, 1997.

For good cause shown, the Court grants the Parties' joint motion to dismiss and dismisses the case without prejudice. Each Party shall bear its own costs. The Court vacates all dates currently set in this matter.

**IT IS SO ORDERED**.

DATED: December 22, 2009

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:

All parties of record