AO 450 Judgment in a Civil Case

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

**V.**

RALPH CREIG GREAVES, et al.,

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   **08-CV-1846 H (WMC)**

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court grants the Parties' joint motion to dismiss and dismisses the case without prejudice.  The Court orders that final judgment  is entered in favor of the United States of America  and against Ralph Creig Greaves and Deborah J. Greaves in the amount  $183,234.97, as of November 30,  2009, for tax years 1987, 1988, and 1989.  The Court further orders that final  judgment is entered in favor of the United States of America and  against Ralph Creig Greaves and Deborah J.  Greaves in the amount of $45,415.18, as of November 30, 2009, for tax years  2002, 2003, 2004, 2005, and 2006. The Court also orders that final judgment is entered in favor of  the United States of America and against Ralph Creig  Greaves, in the amount  of $63,907.87, as of November 30, 2009.....................................
..........................................................................................................................................................................
..........................................................................................................................................................................
.........................................................................................................................................................................

| December 23, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee

(By) Deputy Clerk

ENTERED ON December 23, 2009

**08-CV-1846 H (WMC)**